

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TULSA CANCER INSTITUTE, PLLC**, an Oklahoma Limited Liability Company; AND **OKLAHOMA ONCOLOGY & HEMATOLOGY, INC.**, an Oklahoma Corporation, dba **CANCER CARE ASSOCIATES**,<br><br>Plaintiffs,<br><br>v.<br><br>**GENENTECH INC.**, a California Corporation,<br><br>Defendant. | Case No.<br><br>15 CV - 157 TCK - TLW |

**FILED**

APR 0 2 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## APPEARANCE

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for Plaintiffs, Tulsa Cancer Institute, PLLC and Oklahoma Oncology & Hematology, Inc., dba Cancer Care Associates.

Date: April 2, 2015

**GABLE & GOTWALS, P.C.**

_____
David E. Keglovits, OBA No. 14259
1100 ONEOK PLAZA
100 West 5th Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone (918) 595-4827
Facsimile (918) 595-4990
dkeglovitz@gablelaw.com
**ATTORNEY FOR PLAINTIFFS**