**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: GENENTECH HERCEPTIN | ) | |
| (TRASTUZUMAB) MARKETING | ) | MDL DOCKET NO. 16-MD-2700 |
| AND SALES PRACTICES | ) | ALL CASES |
| LITIGATION | ) | |

**ORDER**

Before the Court is the parties' Joint Application to Continue Case Management Conference and Extend Date for Submission of Proposed Case Management Order and Agenda (Doc. 7). Upon consideration of the Joint Application, and for good cause shown, the Court hereby GRANTS the application.

The Case Management Conference set for May 4, 2016, is hereby continued to **June 7, 2016**, **at 1:30 p.m.**

The parties shall submit a proposed Case Management Order and agenda on or before May 27, 2016.

**SO ORDERED** this 20th day of April, 2016.

_____
TERENCE C. KERN
United States District Judge